JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTRUM I.M., LLC, doing business as ASTRUM INVESTMENT MANAGEMENT, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br>v.<br><br>JOHN HARTMAN, an individual; REPUBLIC CAPITAL PARTNERS, LLC, a California Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV 14-7308-GW(JEMx)<br>Hon. George H. Wu<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

[PROPOSED] ORDER RE DISMISSAL

1   Pursuant to the Parties' stipulation, **IT IS HEREBY ORDERED** that the above-
2   captioned action is dismissed in its entirety, inclusive of all claims and counterclaims, with
3   prejudice, with each party to bear its own attorneys' fees and costs.

6   Dated: August 10, 2015

_____
Hon. George H. Wu
United States District Judge

2
**[PROPOSED] ORDER RE DISMISSAL**